UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MISTY ABRAMS,

    Plaintiff,

v.                                                  CASE NO. 3:24-cv-317-TJC-SJH

BJ AND GEORGE, INC., etc.,

    Defendant.
_____/

## ORDER FOLLOWING HEARING

**THIS CAUSE** is before the Court on Plaintiff's Motion for Contempt and for Sanctions ("Motion"). Doc. 21. The Court held a hearing on the Motion on March 6, 2025, the record of which is incorporated herein. For the reasons stated on the record at the hearing, it is **ORDERED:**

    1.    The Motion (Doc. 21) shall remain **under advisement**.

    2.    A subsequent show-cause hearing is hereby scheduled before the undersigned on **April 3, 2025, at 11:00 a.m.** ("Hearing") at the United States Courthouse, 300 North Hogan Street, Courtroom 5A, in Jacksonville, Florida.

    3.    Counsel for Defendant shall promptly provide a copy of this Order to the appropriate client representative of Defendant. Counsel for Defendant and a client representative of Defendant **must appear in person**[1] at the Hearing and **show**

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon

**cause** why the Motion for contempt and sanctions should not be granted for failure to comply with the Court's November 8, 2024 Discovery Order (Doc. 19).

4. Counsel for Plaintiff may appear by video teleconferencing using Zoom. The Courtroom Deputy will separately send counsel the link. Counsel for Plaintiff should dress in suitable attire and appear in front of an appropriate professional background, and recording, broadcasting, transmitting, or photographing any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.

5. If Defendant complies with the Discovery Order (Doc. 19) before the Hearing, Plaintiff must promptly file a notice indicating such compliance, upon which the undersigned will cancel the Hearing.

6. The mediation deadline is extended up to and including April 11, 2025.

**DONE AND ORDERED** in Jacksonville, Florida, on March 6, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

---

presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.